1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    OBIE L. CRISP, III.,                         No.  2:17-cv-1577 JAM DB P

12                 Plaintiff,

13          v.                                     ORDER

14    J. BARRETTO, et al.,

15                 Defendants.

16

17          Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief

18    under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to

19    28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20          On March 21, 2018, the magistrate judge filed findings and recommendations herein

21    which were served on plaintiff and which contained notice to plaintiff that any objections to the

22    findings and recommendations were to be filed within fourteen days.  Plaintiff has filed

23    objections to the findings and recommendations.

24          In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this

25    court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the

26    court finds the findings and recommendations to be supported by the record and by proper

27    analysis.

28    /////

                                                    1

1    Accordingly, IT IS HEREBY ORDERED that:

2        1. Plaintiff's objections to the findings and recommendations (ECF No. 10) are deemed

3           timely filed;

4        2. The findings and recommendations filed March 21, 2018, are adopted in full; and

5        3. Plaintiff's claims regarding the process involved in denying him a funeral pass,

6           regarding the prison's appeals process, seeking damages for emotional distress, and

7           seeking injunctive relief are dismissed with prejudice.

8
     DATED: June 5, 2018
9
                                                   /s/ John A. Mendez_____
                                                   UNITED STATES DISTRICT COURT JUDGE
10

11

12

13

14

15

16

17

18

19

20

21

22
     DLB:9/cris1577.804
23

24

25

26

27

28

                                                2