UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OBIE L. CRISP, III,<br><br>    Plaintiff,<br><br>    v.<br><br>J. BARRETTO, et al.,<br><br>    Defendants. | No. 2:17-cv-1577 JAM DB P<br><br>FINDINGS AND RECOMMENDATIONS |

Plaintiff, a former state prisoner proceeding pro se, initiated this civil rights action under 42 U.S.C. § 1983 on June 20, 2017. Plaintiff's primary allegations are that, in violation of his right to due process, he was labelled part of a security threat group ("STG") and denied a temporary release to attend his mother's funeral. On screening, the court recommended dismissal of most of plaintiff's claims because they are not cognizable under § 1983 and granted plaintiff leave to amend to attempt to state claims for a due process violation when he was labeled an STG member, for retaliation, and for a violation of state law. (Mar. 21, 2018 Order (ECF No. 9).) The court granted plaintiff thirty days to file an amended complaint. In addition, the court warned plaintiff that his failure to file an amended complaint could result in a recommendation that his case be dismissed. (Id. at 10.)

On April 13, 2018, plaintiff moved for a 90-day extension of time to file an amended complaint. (ECF No. 10.) The court found good cause for a 60-day extension of time. (Apr. 27,

2018 Order (ECF No. 11).) On June 6, 2018, the district judge adopted the court's findings and recommendations and dismissed most of plaintiff's claims for relief. (ECF No. 12.)

More than 60 days have passed since the court granted plaintiff's motion for an extension of time on April 27, 2018. Plaintiff has not filed an amended complaint or otherwise responded to the court's order.

Based on plaintiff's failure to comply with court orders, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. Fed. R. Civ. P. 41.

These findings and recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may result in waiver of the right to appeal the district court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: July 5, 2018

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/prisoner-civil rights/cris1577.fr